1  Lawrence H. Stone (SBN 146797)
   lawrence.stone@jacksonlewis.com
2  Steven M. Zimmerman (SBN 279647)
   steven.zimmerman@jacksonlewis.com
3  JACKSON LEWIS P.C.
   725 South Figueroa Street, Suite 2500
4  Los Angeles, California  90017-5408
   Telephone:  (213) 689-0404
5  Facsimile:   (213) 689-0430

6  Attorneys for Petitioner
   HOST INTERNATIONAL, INC.
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

| HOST INTERNATIONAL, INC., | ) **CASE NO.: 2:19-cv-01568** |
|---|---|
| Petitioner, | ) [Assigned For All Purposes to Magistrate Judge Suzanne H. Segal] |
| vs. | ) **CERTIFICATE OF SERVICE** |
| UNITE HERE, LOCAL 11, and Does 1 through 20, inclusive, | ) (Filed concurrently with Notice and Notice of Motion; Memorandum of Points and Authorities; Declaration of Lawrence H. Stone and Exhibits Thereto; Declaration of Angelina Preston and Exhibits Thereto; Declaration of John Sutherland; and [Proposed] Order) |
| Respondents. | ) |

I, Vivian Castillo, certify and declare as follows:

   I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to this action; my business address is 725 South Figueroa Street, Suite 2500, Los Angeles, CA  90017.

   On March 5, 2019, I served the following:

   1) NOTICE OF MOTION AND MOTION OF PETITIONER HOST INTERNATIONAL, INC. TO VACATE ARBITRATOR'S RULING; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

2) DECLARATION OF ANGELINA PRESTON IN SUPPORT OF PETITIONER HOST INTERNATIONAL, INC.'S PETITION TO VACATE;

3) DECLARATION OF LAWRENCE H. STONE IN SUPPORT OF PETITIONER HOST INTERNATIONAL, INC.'S PETITION TO VACATE;

4) DECLARATION OF JOHN SUTHERLAND IN SUPPORT OF PETITIONER HOST INTERNATIONAL, INC.'S MOTION TO VACATE; and

5) [PROPOSED] ORDER GRANTING PETITIONER HOST INTERNATIONAL, INC.'S MOTION TO VACATE ARBITRATOR'S RULING.

in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

Kristin L. Martin, Esq.
McCracken, Stemerman & Holsberry LLP
595 Market Street, Suite 800
San Francisco, CA 94105
P: 415.597.7200
Email: klm@msh.law

**BY GSO OVERNIGHT DELIVERY SERVICE** I am "readily familiar" with the firm's practice of collection and processing correspondence for deposit with GSO Priority Overnight Delivery Service.  Under that practice it would be deposited with GSO Priority Overnight Delivery Service on that same day with fees thereon fully prepaid at <u>Los Angeles</u>, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if date of receipt of the document by GSO Priority Overnight Delivery Service is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 5, 2019, at Los Angeles, California.

/s/ Vivian A. Castillo
Vivian Castillo

4817-4305-8057, v. 1