Kristin L. Martin, SBN 206528
Kimberley C. Weber, SBN 302894
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
Telephone: 415-597-7200
Fax: 415-597-7201
E-mail: klm@msh.law
        kweber@msh.law

*Attorneys for UNITE HERE Local 11*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOST INTERNATIONAL, INC., <br><br>   Petitioner, <br> vs. <br><br>UNITE HERE Local 11, <br><br>   Respondent. <br><br>UNITE HERE Local 11, <br><br>   Counterclaimant, <br> vs. <br><br>HOST INTERNATIONAL, INC., <br><br>   Counterdefendant. | Case No.: 19-cv-1568 <br><br>[Assigned For All Purposes to Honorable Magistrate Judge Suzanne H. Segal] <br><br>**RESPONDENT-COUNTERCLAIMANT UNITE HERE LOCAL 11'S NOTICE OF MOTION AND MOTION TO CONFIRM ARBITRATION AWARD AND IN OPPOSITION TO PETITIONER HOST INTERNATIONAL, INC.'S MOTION TO VACATE** <br><br>Date: April 23, 2019 <br>Time: 10:00 a.m. <br>Dept.: Courtroom 590 <br>Petition Filed: March 4, 2019 |

1     Respondent-Counterclaim Petitioner UNITE HERE Local 11 ("Local 11") moves for an order confirming the arbitration award issued by Arbitrator Guy Prihar in an arbitration proceeding regarding a dispute that arose under a collective-bargaining agreement entered into by Local 11 and Petitioner-Counterclaim Respondent Host International, Inc.

    This motion is based on the supporting memorandum of law, the Declaration of Kristin L. Martin, and any argument at the time the Court hears this motion. This motion is made following the conference of counsel held pursuant to Local Rule 7-3 that took place on February 12, 2019.

Dated: March 25, 2019      Respectfully submitted,

_____
Kristin L. Martin, SBN 206528
Kimberley C. Weber, SBN 302894
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
Telephone: 415-597-7200
Fax: 415-597-7201
E-mail: klm@msh.law
        kweber@msh.law

*Attorneys for UNITE HERE Local 11*

# PROOF OF SERVICE
## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the city and county of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is: 595 Market Street, Suite 800, San Francisco, California 94105.

On March 25, 2019 I served a copy of the following document(s) described as:

**RESPONDENT-COUNTERCLAIMANT UNITE HERE LOCAL 11'S NOTICE OF MOTION AND MOTION TO CONFIRM ARBITRATION AWARD AND IN OPPOSITION TO PETITIONER HOST INTERNATIONAL, INC.'S MOTION TO VACATE**

on the interested party(ies) to this action as follows:

*By ECF System - Court's Notice of Electronic Filing:*

    Steven M Zimmerman
    Lawrence H Stone
    Jackson Lewis LLP
    725 South Figueroa Street Suite 2500
    Los Angeles, CA 90017-5408
    213-689-0404
    Fax: 213-689-0430
    Email: steve.zimmerman@jacksonlewis.com
          stonel@jacksonlewis.com

*Attorneys for Host International, Inc.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 25th day of March, 2019 at San Francisco, California.

_____
Katherine Maddux

1

CERTIFICATE OF SERVICE        Case No.: 19-cv-1568