UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-01568-SS | Date | March 26, 2019 |
|---|---|---|---|
| Title | Host International, Inc. v. Unite Here, Local 11, et al. | | |

| Present: The Honorable | **SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE** | |
|---|---|---|
| John Lopez | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER REGARDING DEADLINE FOR FILING CONSENT FORM**

  This case was directly assigned to Magistrate Judge Suzanne H. Segal for all purposes pursuant to the Central District of California's Direct Assignment program. The deadline for filing consent forms is 42 days after service of the summons and complaint upon the first-served defendant, and within 42 days by plaintiff after service upon the first-served defendant, although the parties may file the consent form at any earlier time. If one party declines to consent, the case will be immediately reassigned to a randomly selected District Judge and a different Magistrate Judge.

  There are no adverse consequences from declining to consent. All parties must expressly consent for the Magistrate Judge to preside over the action.

  As one party has filed a substantive motion, the Court suggests that the parties file the consent form, either consenting or declining to consent, at the earliest possible date. If the parties have any questions regarding the consent program, they may contact: John Lopez, Relief Clerk to Judge Segal at 213-894-2554.

  IT IS SO ORDERED.

                                      :

                       Initials of Preparer    jlo