# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOST INTERNATIONAL, INC., <br><br> Petitioner, <br> vs. <br><br> UNITE HERE Local 11, <br><br> Respondent. | Case No.: 19-cv-1568-JAK-AFM <br><br> **JUDGMENT** <br><br> **JS-6: Case Terminated** |
| UNITE HERE Local 11, <br><br> Counterclaimant, <br> vs. <br><br> HOST INTERNATIONAL, INC., <br><br> Counterdefendant. | |

This action was heard by the Court, and a decision has been rendered. The Arbitrator's Opinion and Award issued on December 6, 2018 is hereby confirmed and enforced. Judgment is entered in favor of UNITE HERE Local 11 in accordance with the Court's order filed on August 1, 2019 (Dkt. 31).

UNITE HERE Local 11 may seek to recover costs in the sum of an amount to be determined by the filing and approval of the appropriate application. The amount determined may be subject to a tax and/or interest at the legal rate as provided by law.

IT IS SO ORDERED.

Dated: August 27, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE